**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JEAN ANN PLOUT,

Plaintiff,

Case No.: 1:26-cv-01169

v.

Judge Manish S. Shah

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| No. | Defendant |
|---|---|
| 1 | Whiteguolu |
| 2 | Guixla1252 |
| 3 | Jyaohao0186 FROM US |
| 4 | Xiaosdecorate |
| 5 | Jimiansou |
| 6 | NEW5 |
| 7 | Artistic Curtain |
| 8 | ARTBLANKET-Direct |
| 9 | SWEET-HOME-ART |
| 10 | chuanglangchla |
| 11 | XMJunJianTongPan |
| 12 | linfenjingjikaifaqujiameijiazhengfuwuyouxiangongsi |
| 13 | kangyebaihuodian |
| 14 | zacinover store |
| 15 | SZKD |
| 16 | guangzhoutuanpeidianzishangwushanghanggerenduzi |
| 17 | zhongshanshiyingxindadengshiy |
| 18 | Guangzhou Runban Trading Co., Ltd |
| 19 | xixinp |
| 20 | 金华市揪隼电子商务有限公司 |
| 21 | 莱莉电子配件 |
| 22 | fenghuangshanzhangjinlanfangzhipinjingyingbu |

| | |
|---|---|
| 23 | lanlingxianfeiyuanshangmaoyouxiangongsi |
| 24 | Jiwulan |
| 25 | ZhuZhouYunQinShangMaoYouXianGongSi |
| 26 | 海冯边玩具 |
| 27 | MCZ Pro Flag |
| 29 | 小原子精品 |
| 30 | xiaojingxiemao77 |
| 31 | oumate |
| 32 | 7ColorRoom |
| 34 | yingchuanjinshu |
| 35 | tianyong |
| 36 | Cjhhycphy |
| 37 | MUCHENGGIFT LLC SHOP |
| 38 | NESTORIA SHOP |
| 41 | The Pavilion of Dream Stars |
| 42 | The Painted Vista |
| 43 | Zoeyjld |
| 44 | Zero to One Hundred |
| 45 | HALH |
| 46 | MXpillowcase |
| 47 | MApillowcase |
| 48 | Fanli Textile Direct Sales |
| 49 | Wanwo |

This terminates the action.

DATED: August 25, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 | IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 28, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Keith A. Vogt
Keith A. Vogt