AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | |
|---|---|---|
| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of Illinois |
| DOCKET NO.<br>1:26-cv-01169 | DATE FILED<br>02/02/2026 | |
| PLAINTIFF<br>Jean Ann Plout | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OR WORK** |
|---|---|---|
| 1 See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | B. Irizarry | 8/27/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jean Ann Plout

Plaintiff,

v.

Case No.: 1:26−cv−01169
Honorable Manish S. Shah

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 26, 2026:

MINUTE entry before the Honorable Manish S. Shah: All of plaintiff's claims having been resolved, this case is dismissed. Civil case terminated. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ B. IRIZARRY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
August 27, 2026

# Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-421-507**
**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 08, 2024

## Title

**Title of Work:** Bird and Blooms B

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** May 13, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091203


IN D.
U.S. POSTAGE

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-421-420**
**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 07, 2024

## Title

**Title of Work:** JP3633_Inspirational Butterflies-hope

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** August 19, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091232


HOPE
Jean Plaut

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-421-386**
**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 07, 2024

## Title

**Title of Work:** Country Garden Sign-B

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** June 01, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091209


WELCOME
to my Garden

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-420-793**
**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 05, 2024

## Title

**Title of Work:** JP1182_Le Rooster-B

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** April 07, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091213


PICERIE PARISIENNE
SPIRITUEUX
ANGLAIS

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-420-641**

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 04, 2024

## Title

**Title of Work:** JP3515-home Movie

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 08, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091227


ADMIT
ONE
MOVIE
MOVIE NIGHT
LIFE ON THE EDGE!
SIT
RELAX
ENJOY
lights
camera
action!
POP
CORN
ADMIT
ONE
MOVIE

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-420-663**
**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 04, 2024

## Title

**Title of Work:** JP3175-Beachy Christmas-Joy

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 19, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091222



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-420-673**
**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 04, 2024

## Title

**Title of Work:** JP3436-Dragonfly Bliss

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 20, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091224



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-423-093**

**Effective Date of Registration:**
October 17, 2024
**Registration Decision Date:**
November 25, 2024

## Title

**Title of Work:** Fisherman-A

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** March 28, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date**: October 17, 2024
**Applicant's Tracking Number**: JP2024101702



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-420-658**
**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 04, 2024

## Title

**Title of Work:** Jp3488-Garage Special

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 28, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091226


SHOP RULES
I live in the GARAGE
I just sleep in the house
MY TOOLS
Don't touch them
Don't move them
Don't borrow them
NO WARRANTIES

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-420-490**
**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 04, 2024

## Title

**Title of Work:** JP3601-Hot Apple Cider

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 28, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091229


HOT
APPLE
CIDER
warms your soul...

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**

**VA 2-423-099**

**Effective Date of Registration:**
October 17, 2024
**Registration Decision Date:**
November 25, 2024

## Title

**Title of Work:** Trout-Chevron

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** April 09, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** October 17, 2024
**Applicant's Tracking Number:** JP2024101703


TROUT

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-421-444**

**Effective Date of Registration:**
September 12, 2024

**Registration Decision Date:**
November 08, 2024

## Title

**Title of Work:** Chevron-star fish-7914

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** June 06, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091208



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-421-445**
**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 08, 2024

## Title

**Title of Work:** Route 66 on Wood- JP3956

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** July 17, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091233


INTERSTATE 66
ARIZONA US 66
MISSOURI US 66
KANSAS US 66
ROUTE US 66
HISTORIC CALIFORNIA US 66 ROUTE
End of the Trail
NEW MEXICO US 66
TEXAS US 66
ILLINOIS US 66
HISTORIC ARIZONA US 66 ROUTE
SPEED 65